CATHERINE AROSTEGUI, SBN 118756
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA 95814
Telephone: 916.441.2196
Facsimile: 916.441.5208

Attorneys for Plaintiff
TRUSTEES ON BEHALF OF
SUPPLEMENTAL INCOME 401(K) PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(K) PLAN,<br><br>Plaintiff,<br><br>v.<br><br>CANVAS SPECIALTY, INC., a California Corporation,<br><br>Defendant. | Case No. 05-00926 SC<br><br>**STIPULATION OF THE PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER** |

Pursuant to Local Rule 7.12, the parties to the above referenced action, by and through their undersigned counsel and representatives, hereby stipulate and respectfully request the Court to continue the Case Management Conference, currently set for July 8, 2005, to August 19, 2005. The parties also request that deadlines related to the CMC be accordingly continued.

The parties contend there is good cause for this request. This is an ERISA action brought by the Plaintiff Trust Fund against Canvas Specialty, Inc. for monies owing (delinquent contributions,

1  liquidated damages, interest and audit costs) following the Trust Fund's audit of Canvas Specialty's
2  contributions to the Fund, and for delinquent elective/employee contributions. The parties have been
3  engaging in settlement discussions and are close to a settlement in this matter. Specifically, the parties
4  have come to an agreement on the audit amount owed by Defendant Canvas Specialty, Inc., and are still
5  discussing the issues surrounding the elective/employee contributions. The parties are also negotiating
6  the terms of a payment plan for Defendant to pay off the monies it owes the Fund.
7
8  The parties are asking for the continuance in order to prevent further legal fees and costs in this
9  matter and to allow consideration of any payment plan by the Trust Fund Trustees, who meet in early
10  August. It is hoped, and anticipated, that a full settlement will be reached by early August. If a
11  settlement is not reached the parties will file, if a continuance is granted, a Joint CMC statement one
12  week prior the new CMC date, and continue with the prosecution of this action.

Dated: June 30, 2005                    BEESON, TAYER & BODINE

                                        By: _____
                                        COSTA KERESTENZIS, Attorney for
                                        TRUSTEES ON BEHALF OF TEAMSTERS
                                        BENEFIT TRUST


Dated: June 30, 2005                    CANVAS SPECIALTY, INC.

                                        By: _____  30 JUN 05
                                        GREGORY NAIMAN,
                                        ~~Owner~~
                                        PRESIDENT, CANVAS SPECIALTY

Stipulation; Order

Doc No 30345

2

## ORDER

Having considered the arguments made herein and with good cause showing, the Case Management Conference is continued from July 8, 2005 to August 19, 2005 in Courtroom 1 at 10:00 a.m. The parties are ordered to file a Joint Case Management Conference Statement by August 12, 2005.

Dated:   7/6/05

/s/ Samuel Conti
SAMUEL CONTI
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 – 6th Street, Suite 500, Sacramento, California 95814. On this day I served the foregoing Document(s):

STIPULATION OF THE PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

**X By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Gregory Naiman
7344 E. Bandini Boulevard
Los Angeles, Ca 90040

**X By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

Facsimile 323/724-6059

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, 7/1/2005

Trisha Martin
BEESON, TAYER & BODINE

Stipulation; Order

Doc No 30345

4