CATHERINE AROSTEGUI, SBN 118756
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone:  916.441.2196
Facsimile:  916.441.5208

Attorneys for Plaintiff
TRUSTEES ON BEHALF OF
SUPPLEMENTAL INCOME 401(K) PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(K) PLAN, <br><br>                                        Plaintiff, <br> v. <br><br> CANVAS SPECIALTY, INC., a California Corporation, <br><br>                                        Defendant. | Case No. 05-00926 SC <br><br> **STIPULATION OF THE PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER** |

Pursuant to Local Rule 7.12, the parties to the above referenced action, by and through their undersigned counsel and representatives, hereby stipulate and respectfully request the Court to continue the Case Management Conference, currently set for August 18, 2005 to September 16, 2005 at 10:00 am.

The parties contend there is good cause for this request.  This is an ERISA action brought by the Plaintiff Trust Fund against Canvas Specialty, Inc. for monies owing (delinquent contributions,

Stipulation; Order                                                                                                                                                          1

Doc No 30345

08/16/2005 13:33  1  323-724-5058  PAGE 02
08/16/2005 09:21 FAX 916 441 5208  beesontayer&bodine
Case 3:05-cv-00926-SC   Document 9   Filed 08/18/05   Page 2 of 4

1  liquidated damages, interest and audit costs) following the Trust Fund's audit of Canvas Specialty's
2  contributions to the Fund, and for delinquent elective/employee contributions. The parties have been
3  engaging in settlement discussions and have reached agreement on all the terms to a settlement in this
4
5  matter and are negotiating a payment plan.
6  The parties are asking for the continuance in order to prevent further legal fees and costs in this
7  matter and to allow consideration of the proposed agreement and payment plan by the Trust Fund
8  Trustees, who meet in late August. The proposed settlement needs to be approved by the Trustees. It is
9  anticipated that the Trustees will approve the proposed settlement and this matter will be dismissed in
10  early September. If a full settlement is not reached the parties will file, if a continuance is granted, a
11  Joint CMC statement one week prior the new CMC date, and continue with the prosecution of this
12
13  action.
14
15  Dated: August 16, 2005         BEESON, TAYER & BODINE
16
                                   By: _____
17                                 COSTA KERESTENZIS, Attorney for
                                   TRUSTEES ON BEHALF OF TEAMSTERS
18                                 BENEFIT TRUST
19
20
21
22  Dated: August 16, 2005         CANVAS SPECIALTY, INC.
23
                                   By: _____
24                                 GREGORY NAIMAN,
                                   President
25
26
27
28

Stipulation; Order

Doc No 30345

2

ORDER

Having considered the arguments made herein and with good cause showing, the Case Management Conference is continued from August 18, 2005 to September 16, 2005 at 10:00 a.m. in Courtroom 1 at 10:00 a.m.  The parties are ordered to file a Joint Case Management Conference Statement by September 9, 2005 if a dismissal is not filed.

Dated:  August 18, 2005



SAMUEL CONTI
United States District Judge

Stipulation; Order

Doc No 30345

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 – 6th Street, Suite 500, Sacramento, California 95814. On this day I served the foregoing Document(s):

**STIPULATION OF THE PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Gregory Naiman
7344 E. Bandini Boulevard
Los Angeles, CA  90040

☒ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

Facsimile: 323/724-6059

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, August 16, 2005.

Meri K. Schmidgall
BEESON, TAYER & BODINE

Stipulation; Order

Doc No 30345