1  CATHERINE AROSTEGUI, SBN 118756
2  COSTA KERESTENZIS, SBN 186125
   **BEESON, TAYER & BODINE, APC.**
3  1001 – 6th Street, Suite 500
   Sacramento, CA  95814
4  Telephone:  916.441.2196
   Facsimile:  916.441.5208
5

6  Attorneys for Plaintiff
   TRUSTEES ON BEHALF OF
7  SUPPLEMENTAL INCOME 401(K) PLAN

8

9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12
   TRUSTEES ON BEHALF OF                  | Case No. 05-00926 SC
13 SUPPLEMENTAL INCOME 401(K) PLAN,
                                          | **DISMISSAL OF ACTION**
14                      Plaintiff,
                                          | ORDER
15
   v.
16

17 CANVAS SPECIALTY, INC., a California
   Corporation,
18
                        Defendant.
19

20 ///

21
   ///
22
   ///
23
   ///
24
   ///
25

26 ///

27
   ///
28

Dismissal of Action                                                         1
32763.doc

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the agreement and stipulation of the parties, Plaintiff hereby voluntarily dismisses the above-referenced action with prejudice.

Dated: 9-9-05

_____
COSTA KERESTENZIS,
BEESON, TAYER & BODINE, APC
Attorneys for Teamsters Benefit Trust

Dated: 9-9-05

_____ PRESIDENT, CANVAS
GREGORY NAIMAN, President        SPECIALTY
CANVAS SPECIALTY, INC.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti
9/12/05

Dismissal of Action
32763.doc

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 – 6th Street, Suite 500, Sacramento, California 95814. On this day I served the foregoing Document(s):

**DISMISSAL OF ACTION**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Gregory Naiman
7344 E. Bandini Boulevard
Los Angeles, CA  90040

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☒ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

Gregory Naiman
Facsimile: 323.724.6059

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, September 9, 2005.

*Meri K. Schmidgall*
Meri K. Schmidgall
BEESON, TAYER & BODINE

Dismissal of Action
32763.doc

3